CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 2 6 2018

JULIA C. DUDLEY, CLERK
BY: H McDonad
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| EMMITT ROSCOE, JR., | ) | Civil Action No. 7:17-cv-00494 |
| Plaintiff, | ) | |
| | ) | **ORDER RE: PRELIMINARY** |
| | ) | **INJUNCTIVE RELIEF** |
| | ) | |
| L. COLLINS, et al., | ) | By: Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** that the parties' objections are **OVERRULED**; the report and recommendation is **ADOPTED**; and Plaintiff's motion for preliminary injunctive relief is **GRANTED** in part.

It is further **ORDERED** that Dr. Moore, in his official capacity as Plaintiff's dentist at Red Onion State Prison, shall within ten days refer Plaintiff to the oral surgeon at MCV who evaluated Plaintiff in November 2017 for an evaluation about his pain and inability to chew food and that is to be completed within thirty days. If that person cannot complete the evaluation within thirty days, the referral must be made to a similar professional in the same practice group for that evaluation to be completed within thirty days. If that practice group cannot complete the evaluation within thirty days, the referral must be made to a similar professional to complete that evaluation within thirty days. The following people are bound by this Order upon receiving notice of it in accordance with Fed. R. Civ. P. 65(d)(2): (A) the parties; (B) the parties' officers, agents, servants, employees, and attorneys; and (C) other persons who are in active concert or participation with anyone described in (A) or (B).

ENTER: This 26th day of June, 2018.

/s/ Jackson L. Kiser
Senior United States District Judge