## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **EMMITT ROSCOE, JR.,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:17CV00494 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **L. COLLINS, ET AL.,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| | ) | |
| | ) | |
| Defendants. | ) | |

The plaintiff has filed timely Objections to the Report filed March 19, 2019, ECF No. 182, setting forth the findings and recommendations of the magistrate judge. Upon careful de novo review of the portions of the Report objected to, it is **ORDERED** as follows:

1.    The Objections, ECF No. 195, are OVERRULED;

2.    The Report and its findings and recommendations are wholly ACCEPTED and APPROVED; and

3.    The plaintiff's motions seeking preliminary injunctive relief, ECF Nos. 116, 133, and 142, are DENIED for the reasons set forth in the Report.

ENTER:  April 8, 2019

/s/  JAMES P. JONES
United States District Judge